In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-06-503 CV


____________________



IN RE THE OHIO CASUALTY GROUP






Original Proceeding






 MEMORANDUM OPINION 


 On November 15, 2006, The Ohio Casualty Group filed a petition for writ of
mandamus to compel the trial court to vacate its order appointing an umpire. We requested
a response from the real party in interest. On November 22, 2006, the real party in interest
notified the Court that the issues presented in the petition for writ of mandamus are moot
because the parties have entered into a Rule 11 agreement which includes a withdrawal of
the petition for writ of mandamus. The Rule 11 agreement is attached to the response.

 Accordingly, the stay order entered November 16, 2006 is vacated and this original
proceeding is dismissed without reference to the merits and without prejudice to refiling.

 WRIT DISMISSED.

 PER CURIAM

Opinion Delivered November 27, 2006

Before McKeithen, C.J., Gaultney and Kreger, JJ.